# EXHIBIT TWO

## Courthouse Lawn Display Lots

# COURTHOUSE LAWN DISPLAY LOTS

**FRANKLIN COUNTY COURTHOUSE**

CONCRETE SIDEWALK

- LOT #1 (10', 20', 20')
- LOT #2
- LOT #3 (30')
- LOT #4
- LOT #5
- LOT #6
- LOT #7
- LOT #8

MAIN STREET

POLICE & FIREFIGHTERS MEMORIAL

GAZEBO

VETERANS OF WAR MEMORIALS

**4TH STREET**



0 — 30'