IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION and THE UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:15-cv-00484-SEB-DKL |
| FRANKLIN COUNTY, INDIANA, | ) ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

**COME NOW** Plaintiffs Freedom From Religion Foundation ("FFRF") and The United Federation of Churches LLC d/b/a The Satanic Temple ("TST"), by their counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure respectfully file their Corporate Disclosure Statement in this cause:

- FFRF has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

- TST has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

**WHEREFORE,** the plaintiffs file their Corporate Disclosure Statement in this cause, and request all proper relief.

1

/s/ Gavin M. Rose
Gavin M. Rose
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
317.635.4059, x106
<grose@aclu-in.org>

*Attorney for the plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certified that a true copy of the foregoing was filed electronically on this 24th day of March, 2015. Parties may access this filing through the Court's electronic system. I further certify that a true copy of the foregoing was sent to the following parties by first-class U.S. mail, postage pre-paid, on this 24th day of March, 2015.

Franklin County, Indiana
c/o County Commissioners
Franklin County Government Center
1010 Franklin Ave.
Brookville, IN 47012

/s/ Gavin M. Rose
Gavin M. Rose
Attorney at Law