IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION and THE UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:15-cv-00484-SEB-DKL |
| FRANKLIN COUNTY, INDIANA, | ) ) | |
| Defendant. | ) | |

## MOTION TO HAVE SERVICE OF SUMMONS AND COMPLAINT EFFECTED BY THE UNITED STATES MARSHALS SERVICE

**COME NOW** Plaintiffs, by their counsel, and respectfully request that this Court order the U.S. Marshals Service to effect service of the summons and complaint in this matter. In support of this Motion, the plaintiffs state as follows:

1. On March 24, 2015, the plaintiffs filed their Complaint for Declaratory and Injunctive Relief and Damages ("Complaint") (ECF No. 1), to which was attached a proposed summons (ECF No. 1-4). On that same date, the proposed summons was approved by the Court. (ECF No. 4).

2. The plaintiffs thereafter effected service on the defendant by certified mail, return receipt requested, on April 6, 2015, and the return of service was filed with this Court on April 10, 2015 (ECF No. 6).

3. During the week of April 27, 2015, undersigned counsel received several communications from Peter Breen of the Thomas More Society, who intends to eventually appear for the defendant in this case. It is the understanding of counsel that

1

Mr. Breen believes service as completed to have been inadequate. At this point, undersigned counsel is unclear as to whether Mr. Breen believes service to have been inadequate because it was accomplished by certified mail or because the attorney for Franklin County, Indiana, was not separately served.

4. The plaintiffs disagree that service was improper in any fashion. However, they are eager to avoid the necessity of litigating issues tangential to the merits of this case. On today's date, they have separately sent a copy of the summons and complaint to the attorney for Franklin County, Indiana (by certified mail, return receipt requested). They are also requesting that this Court order the U.S. Marshals Service to effect personal service of the summons (ECF No. 4) and the Complaint (ECF Nos. 1, 1-1, and 1-2) on Franklin County, Indiana, care of the Franklin County Commissioners.

**WHEREFORE,** the plaintiffs request that this Court order the U.S. Marshals Service to effect personal service of the summons and complaint in this matter, and request all other proper relief.

    /s/ Gavin M. Rose
Gavin M. Rose
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN 46202
317.635.4059, x106
<grose@aclu-in.org>

*Attorney for the plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certified that a true copy of the foregoing was filed electronically on this 4th day of May, 2015. Parties may access this filing through the Court's electronic system. I further certify that a true copy of the foregoing was sent to the following parties by first-class U.S. mail, postage pre-paid, on this 4th day of May, 2015.

    Franklin County, Indiana
    c/o County Commissioners
    Franklin County Government Center
    1010 Franklin Ave.
    Brookville, IN 47012

                                                                           */s/ Gavin M. Rose*
                                                                           Gavin M. Rose
                                                                           Attorney at Law