IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION and THE UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:15-cv-00484-SEB-DKL |
| FRANKLIN COUNTY, INDIANA, | ) ) ) | |
| Defendant. | ) | |

**REPLY CONCERNING MOTION TO HAVE SERVICE OF SUMMONS AND COMPLAINT EFFECTED BY THE UNITED STATES MARSHALS SERVICE**

**COME NOW** Plaintiffs, by their counsel, and respectfully file this reply concerning their Motion to Have Service of Summons and Complaint Effected by the United States Marshals Service. Specifically, the plaintiffs state as follows:

1. On May 4, 2015, the plaintiffs filed their Motion to Have Service of Summons and Complaint Effected by the United States Marshalls Service (ECF No. 7).

2. The defendant responded to this Motion on May 27, 2015, in which it concedes, in pertinent part, that service has now been properly achieved. (ECF No. 10 at 2 [¶ 4]).

3. In light of this concession, the plaintiffs' Motion to Have Service of Summons and Complaint Effected by the United States Marshalls Service may be withdrawn or otherwise dismissed as moot.

**WHEREFORE,** the plaintiffs respectfully file their reply concerning their Motion to Have Service of Summons and Complaint Effected by the United States Marshals Service, and request all proper relief.

1

/s/ Gavin M. Rose
Gavin M. Rose
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN  46202
317.635.4059, x106
<grose@aclu-in.org>

*Attorney for the plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certified that a true copy of the foregoing was filed electronically on this 28th day of May, 2015.  Parties may access this filing through the Court's electronic system.  Service will be made on the following persons by operation of the Court's electronic system:

Jocelyn D. Floyd, jfloyd@thomasmoresociety.org

I further certify that a true copy of the foregoing was sent to the following parties by first-class U.S. mail, postage pre-paid, on this 28th day of May, 2015.

Franklin County, Indiana
c/o County Commissioners
Franklin County Government Center
1010 Franklin Ave.
Brookville, IN  47012

/s/ Gavin M. Rose
Gavin M. Rose
Attorney at Law