IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION and THE UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:15-cv-00484-SEB-DKL |
| FRANKLIN COUNTY, INDIANA, | ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO STAY PROCEEDINGS

**COME NOW** both parties, by their respective counsel, and respectfully request that this Court stay further proceedings in this case pending the finalization of an anticipated settlement. In support of this Motion, the parties state as follows:

1. This case was initiated by the plaintiffs on March 24, 2015. Since that time, the parties have had several productive conversations concerning a potential settlement, and both parties believe that settlement is likely. The parties are therefore requesting that further proceedings this case be stayed pending the finalization of an anticipated settlement.

2. In the event that this case is not dismissed within ninety days, the parties agree that they will file a status report with the Court reflecting the current status of settlement negotiations.

**WHEREFORE,** the parties request that further proceedings in this case be stayed pending the finalization of an anticipated settlement, and request all proper relief.

*For the plaintiffs:*

*/s/ Gavin M. Rose*
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN  46202


*For the defendant:*

*/s/ Jocelyn D. Floyd (with permission)*
Jocelyn D. Floyd
Thomas More Society
19 S. LaSalle, Ste. 603
Chicago, IL  60603