IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION and THE UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:15-cv-00484-SEB-DKL |
| FRANKLIN COUNTY, INDIANA, | ) ) ) | |
| Defendant. | ) | |

## ORDER STAYING PROCEEDINGS

The parties having filed their Joint Motion to Stay Proceedings ("Motion"), and the Court having read and reviewed the same and being duly advised, the Court now finds that said Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that further proceedings in this cause are hereby stayed pending the finalization of an anticipated settlement.

**IT IS FURTHER ORDERED** that, if this cause is not dismissed by that time, the parties are ordered to file a status report concerning the status of settlement negotiations within ninety days of the date of this order.

**IT IS FURTHER ORDERED** that the Third Motion for Extension of Time [Dkt. 20] is DENIED AS MOOT.

**SO ORDERED:** 08/24/2015

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Cc: All ECF-registered counsel of record