IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION and THE UNITED FEDERATION OF CHURCHES LLC d/b/a THE SATANIC TEMPLE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:15-cv-00484-SEB-DKL |
| FRANKLIN COUNTY, INDIANA, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

**COME NOW** all parties, by their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure respectfully stipulate to the dismissal of this cause, without prejudice and with each party to bear its own costs.

**WHEREFORE,** the parties respectfully stipulate to the dismissal of this cause, without prejudice and with each party to bear its own costs, and request all proper relief.

*For the plaintiffs:*

*/s/ Gavin M. Rose*
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN  46202

*For the defendant:*

*/s/ Jocelyn D. Floyd (with permission)*
Jocelyn D. Floyd
Thomas More Society
19 S. LaSalle, Ste. 603
Chicago, IL  60603

1